527 A.2d 530

**George HADE, Respondent,**

v.

**NATIONWIDE INSURANCE COMPANY, Petitioner.**

**No. 192 E.D. Allocatur Docket 1986.**

Supreme Court of Pennsylvania.

June 19, 1987.

## ORDER

PER CURIAM.

AND NOW, this 19th day of June, 1987, it is hereby ORDERED AND DECREED that the Petition for Allowance of Appeal is granted limited to the issue of whether the arbitrators' award exceeded the scope of their authority.